IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 25-1227 (MN)<br>**ANDA CASE** |
| SAGENT PHARMACEUTICALS (INC.), | )<br>)<br>) | |
| Defendant. | ) | |
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 25-1236 (MN)<br>**ANDA CASE** |
| CIPLA LTD. and CIPLA USA, INC., | )<br>)<br>) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven Lieberman, Sharon L. Davis, and Andrew C. Stewart of ROTHWELL, FIGG, ERNST & MANBECK, P.C. to represent plaintiffs HQ Specialty Pharma Corporation and WG Critical Care, LLC in these matters.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Megan E. Dellinger*

          _____
          Megan E. Dellinger (#5739)
          Cameron P. Clark (#6647)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          (302) 658-9200
          mdellinger@morrisnichols.com
          cclark@morrisnichols.com

          *Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC*

January 20, 2026

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Steven Lieberman, Sharon L. Davis, and Andrew C. Stewart is granted.

Dated: _____             _____
                                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 16, 2026

Steven Lieberman
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rfem.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 16, 2026

Sharon L. Davis
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
(202) 783-6040
sdavis@rfem.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 16, 2026

Andrew C. Stewart
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040
astewart@rfem.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 20, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE  19803<br>*Attorneys for Defendant*<br>*Sagent Pharmaceuticals (Inc.)* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jaimin H. Shah, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2600<br>Chicago, IL  60601<br>*Attorneys for Defendant*<br>*Sagent Pharmaceuticals (Inc.)* | *VIA ELECTRONIC MAIL* |
| Aaron M. Johnson, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>*Attorneys for Defendant*<br>*Sagent Pharmaceuticals (Inc.)* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 North West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Cipla Ltd.*<br>*and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |

Stuart D. Sender, Esquire                                                                  *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ 07940
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

                                                                                                                    */s/ Megan E. Dellinger*

                                                                                                                  Megan E. Dellinger (#5739)