IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1227 (MN) **ANDA CASE** |
| SAGENT PHARMACEUTICALS (INC.), | ) ) | |
| Defendant. | ) ) | |
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1236 (MN) **ANDA CASE** |
| CIPLA LTD. and CIPLA USA, INC., | ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to file a [Proposed] Scheduling Order pursuant to the Court's December 19, 2025 Oral Order (D.I. 10, C.A. 25-1227 and D.I. 15, C.A. 25-1236) is extended to January 23, 2026.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Megan E. Dellinger (#5739)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant Sagent Pharmaceuticals (Inc.)* |
| | SMITH, KATZENSTEIN & JENKINS LLP |
| | */s/ Daniel A. Taylor* |
| | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 North West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc* |
| January 20, 2026 | |

SO ORDERED this _____ day of January 2026.

_____
United States District Court Judge

2