IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAGENT PHARMACEUTICALS (INC.),<br><br>   Defendant. | C.A. No. 25-1227 (MN)<br>**ANDA CASE** |
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>CIPLA LTD. and CIPLA USA, INC.,<br><br>   Defendants. | C.A. No. 25-1236 (MN)<br>**ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs to serve initial infringement contentions is extended until March 13, 2026; and the deadline for defendants to serve initial invalidity contentions is extended until April 24, 2026.

No other deadlines are altered by this stipulation.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Megan E. Dellinger (#5739)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>cclark@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC* | *Attorneys for Defendant Sagent Pharmaceuticals (Inc.)* |
| | SMITH, KATZENSTEIN & JENKINS LLP |
| | /s/ *Daniel A. Taylor* |
| | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 North West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| March 6, 2026 | *Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc* |

SO ORDERED this _____ day of March 2026.

_____
United States District Court Judge

2