**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. AND WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1227 (MN) |
| SAGENT PHARMACEUTICALS (INC.), | ) ) ) | |
| Defendant. | ) | |
| HQ SPECIALTY PHARMA CORP. AND WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1236 (MN) |
| CIPLA LTD., CIPLA USA, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS SAGENT PHARMACEUTICALS (INC.), CIPLA LIMITED AND CIPLA USA, INC.'S JOINT INITIAL INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 10,130,646**

were served upon the attorneys listed below via electronic mail on this 24th day of April, 2026

prior to 5:00 p.m. Eastern:

Megan E. Dellinger
Cameron P. Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. Box 1347
Wilmington, DE 19899
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs*

Steven Lieberman
Sharon Davis
Jenny Colgate
Kristen Logan
Andrew C. Stewart
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.,
Suite 900 East
Washington, DC 20001
slieberman@rothwellfigg.com
sdavis@rothwellfigg.com
jcolgate@rothwellfigg.com
klogan@rothwellfigg.com
astewart@rothwellfigg.com

*Attorneys for Plaintiffs*

Dated: April 24, 2026

　　　/s/ Cortlan S. Hitch　　　　　
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

2