IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1227 (MN) |
| SAGENT PHARMACEUTICALS (INC.), | ) ) ) | |
| Defendant. | ) ) | |
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-1236 (MN) |
| CIPLA LTD. and CIPLA USA, INC., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Disclosure of Claim Terms for Construction for U.S. Patent No. 10,130,646*, were caused to be served on May 8, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Stephen R. Auten, Esquire                    *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2600
Chicago, IL  60601
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Aaron M. Johnson, Esquire                    *VIA ELECTRONIC MAIL*
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Neal C. Belgam, Esquire                      *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

Stuart D. Sender, Esquire                    *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Jenny Colgate
Kristen Logan
Andrew C. Stewart
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040

May 8, 2026

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on May 8,

2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                          *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Stephen R. Auten, Esquire                                           *VIA ELECTRONIC MAIL*
Jaimin H. Shah, Esquire
Luke T. Shannon, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2600
Chicago, IL  60601
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Aaron M. Johnson, Esquire                                           *VIA ELECTRONIC MAIL*
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
*Attorneys for Defendant*
*Sagent Pharmaceuticals (Inc.)*

Neal C. Belgam, Esquire                                             *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

Stuart D. Sender, Esquire                                              *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*


                                              */s/ Megan E. Dellinger*

                                              _____
                                              Megan E. Dellinger (#5739)

2