## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGENT PHARMACEUTICALS (INC.), <br><br> Defendant | C.A. No. 25-1227-MN |
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants | C.A. No. 25-1236-MN |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 8, 2026, Defendants Cipla Limited and Cipla USA, Inc. ("Cipla") and Sagent Pharmaceuticals, Inc. ("Sagent") served their list of claim construction term(s)/phrase(s) onto the following counsel for Plaintiffs by electronic mail:

Megan E. Dellinger
Cameron Paul Clark
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@mnat.com

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
**ROTHWELL FIGG**
901 New York Avenue, N.W., Suite 900 East

Washington, DC 20001
(202) 783-6040
slieberman@rfem.com
sdavis@rfem.com
astewart@rfem.com

Dated: May 8, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

*Of Counsel:*

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)

Stuart D. Sender
**WINDELS MARX LANE &
MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200
ssender@windelsmarx.com

Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Cipla Limited and Cipla USA, Inc.*

2